IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.   4:24-mc-01992 |
| | ) | |
| JONATHAN CHENG, TRUSTEE | ) | |
| OF SAPIENT CAPITAL TRUST, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITION TO ENFORCE IRS SUMMONS**

The United States of America petitions this Court for an order enforcing the

IRS administrative summons served on the respondent, Jonathan Cheng, Trustee of Sapient Capital

Trust. In support, the United States avers as follows:

1.     Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and

7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2.     The summoned person resides or may be found within the boundaries of this district.

3.     Daryl Worsham is a Revenue Agent of the Internal Revenue Service, employed in the

Small Business/Self-Employed Division of the IRS in Beaumont, Texas.

4.     Revenue Agent Daryl Worsham is conducting an investigation for the purpose of

determining the correct federal income tax liability of Sapient Capital Trust for the 2022 tax year.

5.     In his capacity as an IRS Revenue Agent, Daryl Worsham is authorized to issue IRS

summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, 26 C.F.R. § 301.7602-1T, and

Internal Revenue Service Delegation Order No. 4 (as revised).

6.     Pursuant to the above-described investigation, on July 23, 2024, Revenue Agent

Daryl Worsham issued an IRS administrative summons to Jonathan Cheng, Trustee of Sapient

Capital Trust, directing him to appear before Revenue Agent Daryl Worsham on August 19, 2024, at 3:00 p.m., at the place identified in the summons. The summons directed Jonathan Cheng, Trustee of Sapient Capital Trust to appear and to give testimony and produce for examination certain books, papers, records, or other data as described in the summons.

7. Revenue Agent Daryl Worsham served an attested copy of the summons by leaving it at the last and usual place of abode of the person to whom it was directed.

8. The respondent failed to appear on August 19, 2024, and, to date, has failed to comply with the summons.

9. The testimony and documents described in the summons are not already in the possession of the IRS. The United States does not seek enforcement of the summons with respect to those documents already within the IRS's possession.

10. All administrative steps required by the Internal Revenue Code for the issuance of the IRS summons have been followed.

11. The testimony, books, records, papers, and/or other data sought by the summons may be relevant to the IRS's investigation.

12. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to Jonathan Cheng, Trustee of Sapient Capital Trust for the year under investigation.

13. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

14. The attached Declaration of Revenue Agent Daryl Worsham establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A.      That this Court enter an order directing the respondent to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B.      That this Court enter an order directing the respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Agent Daryl Worsham, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Agent Daryl Worsham or any other proper officer or employee of the IRS; and

C.      That the Court grant such other and further relief as the Court deems proper or justice may require.

Respectfully submitted,

*/ s / Krista J. Wood*
Krista J. Wood
Special Assistant United States Attorney
S.D. Texas Bar No. 3816593
8701 South Gessner Suite 710
Houston, TX 77074-2944
281-721-7339
Krista.J.Wood@irscounsel.treas.gov